Motion by New York State Bar Association et al. for leave to file a brief amici curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of Thelen LLP.

YANN GERON, as Chapter 7 Trustee of the Estate of THELEN LLP, Appellant, v SEYFARTH SHAW LLP, Respondent.

Submitted May 5, 2014; decided May 8, 2014

*See* 736 F3d 213.

Motion by Liquidating Trustee for the Dewey & LeBoeuf Liquidation Trust et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of THELEN LLP.

YANN GERON, as Chapter 7 Trustee of the Estate of THELEN LLP, Appellant, v SEYFARTH SHAW LLP, Respondent.

In re COUDERT BROTHERS LLP, Debtor. DEVELOPMENT SPECIALISTS, INC., Respondent-Appellant; K&L GATES LLP et al., Appellants-Respondents.

Submitted May 5, 2014; decided May 8, 2014

*See* 736 F3d 213.

Motion by Attorneys' Liability Assurance Society, Inc., A Risk Retention Group for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents.

Submitted May 5, 2014; decided May 8, 2014